Tammy Hussin (SBN: 155290)
HUSSIN LAW FIRM
6404 Merlin Dr. #100
Carlsbad, CA 92011
Tel: (877)677-5397
Fax: (877)667-1547
Email: Tammy@HussinLaw.com

Attorney for Plaintiff,
DOROTHY STEWART


David J. Kaminski (SBN: 128509)
kaminskid@cmtlaw.com
Tamar Gabriel (SBN: 266860)
gabrielt@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
CMRE FINANCIAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| DOROTHY STEWART,<br><br>              Plaintiff,<br><br>     vs.<br><br>CMRE FINANCIAL SERVICES,<br>INC.; and DOES 1-10, inclusive,<br><br>          Defendants. | CASE NO. SACV14-00123 DOC (DFMx)<br><br><br>**NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that this action has been settled with prejudice as to Defendant CMRE FINANCIAL SERVICES, INC. ("Defendant"). The parties anticipate that they will complete the settlement, and file a Motion to Dismiss the action against Defendant within 45 days from the date of this notice.

In light of the settlement, the parties respectfully request that the Court take off calendar all future hearing dates in this case.

DATED: June 23, 2014       By: /s/ Tammy Hussin
                                Tammy Hussin, Esq
                                HUSSIN LAW FIRM
                                Attorney for Plaintiff, DOROTHY STEWART

DATED: June 23, 2014       CARLSON & MESSER LLP

                               By: /s/ Tamar Gabriel
                                David J. Kaminski
                                Tamar Gabriel
                                Attorneys for Defendant
                                CMRE FINANCIAL SERVICES, INC.