JS - 6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY STEWART,<br><br>        Plaintiff(s),<br><br>    V.<br><br>CMRE FINANCIAL SERVICES INC.,<br><br>        Defendant(s). | CASE NO. **SACV 14-0123-DOC(DFMx)**<br><br>ORDER DISMISSING CIVIL ACTION |

   The Court having been advised by counsel for the parties that the above-entitled action has been settled;

   IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown by **August 26, 2014**, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

DATED:  June 25, 2014

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge